**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1256**

BRIAN L. DAVIS,

Plaintiff - Appellant,

v.

7-ELEVEN, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Arenda L. Wright Allen, District Judge. (4:17-cv-00081-AWA-LRL)

Submitted: May 16, 2019                                  Decided: May 20, 2019

Before DIAZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brian L. Davis, Appellant Pro Se. David L. Dayton, KALBAUGH, PFUND & MESSERSMITH, PC, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian L. Davis appeals the district court's order granting 7-Eleven, Inc.'s motion to dismiss Davis' claims alleging his civil rights were violated when he was banned from a particular store after being accused of shoplifting. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Davis v. 7-Eleven, Inc.*, No. 4:17-cv-00081-AWA-LRL (E.D. Va. Mar. 1, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*